358

807 A.2d 191

BOROUGH OF CARLSTADT, PLAINTIFF AND THIRD PARTY DE-FENDANT–RESPONDENT, v. MARKET VALUE APPRAISAL SERVICES, INC., DEFENDANT AND THIRD PARTY PLAIN-TIFF–APPELLANT, AND WILLIAM ROSEMAN, ROBERT DE-LEASA, DENNIS RITCHIE, JAMES DONNELLY, AND THOM-AS DAVIS, THIRD PARTY DEFENDANTS–RESPONDENTS.

September 19, 2002.

This matter having been duly considered and the Court having determined that certification is improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.